**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Blair E. Reed (State Bar No. 316791)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
　　　　jsmith@bursor.com
　　　　breed@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Counsel for Plaintiff*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY YANG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFETECH RESOURCES LLC,<br><br>Defendant. | Case No. 4:19-cv-05811-HSG<br><br>**JOINT STIPULATION TO EXTEND TIME AND SET BRIEFING SCHEDULE**<br><br>Case Management Conference:  December 17, 2019<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2, 4th Floor<br>Oakland, CA 94612<br><br>Complaint filed:　　　September 17, 2019<br>Complaint served:　　　September 23, 2019<br>Current Response date:　October 14, 2019<br>Proposed Response date:　November 15, 2019 |

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL HEREIN:

Pursuant to Local Rule 6-1, Plaintiff Kimberly Yang and Defendant Lifetech Resources, LLC ("Lifetech"), through their counsel, respectfully submit the following Stipulation to Extend Time and Set Briefing Schedule:

WHEREAS, Plaintiff served her Complaint against Lifetech on September 23, 2019; and

WHEREAS, Lifetech currently has twenty-one (21) days, or until October 14, 2019, to answer or otherwise respond to the Complaint and currently anticipates filing a motion to dismiss the Complaint under Rule 12 of the Federal Rules of Civil Procedure; and

WHEREAS, counsel for Plaintiff and Lifetech have met and conferred and agreed to extend the time for Lifetech to respond to the complaint to November 15, 2019 and agreed on a briefing schedule for any motion to dismiss that Lifetech may file;

NOW THEREFORE, Plaintiff and Lifetech, through the undersigned counsel, hereby stipulate and agree to the following schedule:

1.      Lifetech shall have until November 15, 2019 to answer or otherwise respond to the Complaint.

2.      Should Lifetech respond to the Complaint by filing a motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure, Plaintiff shall have until December 20, 2019 to oppose such motion.

3.      Lifetech shall have until January 17, 2020 to file its reply brief in support of any motion that it may file.

4.      Any motion filed by Lifetech in response to the Complaint shall be heard at 2:00 p.m. on Thursday, February 13, 2020.

**IT IS SO STIPULATED.**

Dated:  September 26, 2019                **BURSOR & FISHER, P.A.**


By:  */s/ L. Timothy Fisher*
     L. Timothy Fisher

     L. Timothy Fisher (State Bar No. 191626)
     Joel D. Smith (State Bar No. 244902)
     Blair E. Reed (State Bar No. 316791)

1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        jsmith@bursor.com
        breed@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Counsel for Plaintiffs*

Dated: September 26, 2019        **WINSTON & STRAWN LLP**

By: */s/ Stephen R. Smerek*
        Stephen R. Smerek

Stephen R. Smerek (SBN: 208343)
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
E-Mail: ssmerek@winston.com

*Attorneys for Defendant*
*Lifetech Resources, LLC*

## **DECLARATION**

I, L. Timothy Fisher, attest and declare, pursuant to L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from each of the other Signatories.

By: */s/ L. Timothy Fisher*