**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY YANG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFETECH RESOURCES LLC,<br><br>Defendant. | Case No. 4:19-cv-05811-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME AND SET BRIEFING SCHEDULE**<br><br>Case Management Conference: December 17, 2019<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2, 4th Floor<br>Oakland, CA 94612<br><br>Complaint filed: September 17, 2019<br>Complaint served: September 23, 2019<br>New Response date: November 15, 2019 |

Upon consideration of the Parties' Joint Stipulation to Extend Time and Set Briefing Schedule:

IT IS HEREBY ORDERED THAT:

1. Lifetech shall have until November 15, 2019 to answer or otherwise respond to the Complaint.

2. Should Lifetech respond to the Complaint by filing a motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure, Plaintiff shall have until December 20, 2019 to oppose such motion.

3. Lifetech shall have until January 17, 2020 to file its reply brief in support of any motion that it may file.

4. Any motion filed by Lifetech in response to the Complaint shall be heard at 2:00 p.m. on Thursday, February 13, 2020.

**IT IS SO ORDERED.**

Dated: 10/31/2019

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge