1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
9

10   KIMBERLY YANG, individually and on        Case No. 4:19-cv-05811-HSG
     behalf of all others similarly situated,
11                                             **ORDER GRANTING JOINT STIPULATION**
                    Plaintiff,                 **TO EXTEND TIME AND SET BRIEFING**
12                                             **SCHEDULE**
            v.
13                                             Case Management Conference:  December 17, 2019
     LIFETECH RESOURCES LLC,                   Judge: Hon. Haywood S. Gilliam, Jr.
14                                             Courtroom 2, 4th Floor
                    Defendant.                 Oakland, CA 94612
15
                                               Complaint filed:           September 17, 2019
16                                             Complaint served:          September 23, 2019
                                               Current Response date:     November 15, 2019
17                                             Proposed Response date:    December 16, 2019

18

19

20

21

22

23

24

25

26

27

28

Upon consideration of the Parties' Joint Stipulation to Extend Time and Set Briefing Schedule:

IT IS HEREBY ORDERED THAT:

1.     Lifetech shall have until December 16, 2019 to answer or otherwise respond to the Complaint.

2.     Should Lifetech respond to the Complaint by filing a motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure, Plaintiff shall have until January 23, 2020 to oppose such motion.

3.     Lifetech shall have until February 20, 2020 to file its reply brief in support of any motion that it may file.

4.     Any motion filed by Lifetech in response to the Complaint shall be heard at 2:00 p.m. on Thursday, March 12, 2020.

**IT IS SO ORDERED.**

Dated: _____11/13/2019_____

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge